MHA

**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. RICHARD NEVILLE

**Defendant(s):** ROGER E. WALKER, JR., et al.

**County of Residence:** LAWRENCE

**County of Residence:**

**Plaintiff's Address:**
Richard Neville
K-78239
Lawrence - LAW
R.R. 2, Box 31
Sumner, IL 62466

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**FILED**
AUG 0 7 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

08CV4458
JUDGE MANNING
MAGISTRATE JUDGE DENLOW

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** /s/

**Date:** 8/7/08

Manning
need magistrate

04CV2319