MHW

# UNITED STATES DISTRICT COURT

_Northern_ **District of** _Illinois_

FILED
8-7-2008
AUG 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Richard Neville
Plaintiff

v.

Roger E. Walker, Jr., et al.;
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

08CV4458
JUDGE MANNING
MAGISTRATE JUDGE DENLOW

I, _Richard Neville_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☒ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration : _Lawrence Correctional Center_

    Are you employed at the institution? _No_   Do you receive any payment from the _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?     ☐ Yes     ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

*None*

I declare under penalty of perjury that the above information is true and correct.

_7-27-08_
Date

_[signature]_
Signature of Applicant

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ _____

_____
Date

_____
Signature of Authorized Officer

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_____
Signature of Applicant

_Richard Neville_
(Print Name)

---

**NOTICE TO PRISONERS:**  <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _Richard Neville_, I.D.# _K78239_, has the sum of $ _-339.03_  on account to his/her credit at (name of institution) _Lawrence Correctional Center_

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _10.69_

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_7-17-08_
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 7/18/02

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 01/17/2008 thru End;    Inmate: K78239;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**                    **Housing Unit: LAW-S -BU-13**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
|      |        |                  |       |             | Beginning Balance: | | -26.11 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046134 | | P/R month of 01/2008 | 12.90 | -13.21 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165134 | | P/R month of 05/2008 | 9.18 | -4.03 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193134 | | P/R month of 06/2008 | 10.00 | 5.97 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054434, DOC: 523 Fund Inmate R, Inv. Date: 11/09/2006 | -.63 | 5.34 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054434, DOC: 523 Fund Inmate R, Inv. Date: 11/09/2006 | -.78 | 4.56 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054458, DOC: 523 Fund Inmate R, Inv. Date: 11/16/2006 | -1.41 | 3.15 |
| 07/16/08 | Disbursements | 90 Medical Co-Pay | 198334 | Chk #22075 | 054472, DOC: 523 Fund Inmate R, Inv. Date: 11/21/2006 | -2.00 | 1.15 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054519, DOC: 523 Fund Inmate R, Inv. Date: 11/27/2006 | -.39 | .76 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054519, DOC: 523 Fund Inmate R, Inv. Date: 11/27/2006 | -.63 | .13 |

| | |
|---|---|
| Total Inmate Funds: | .13 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 339.16 |
| Funds Available: | -339.03 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 11/21/2006 | 054475 | Disb | Library | 2 DOC: 523 Fund Library | $2.65 |
| 12/01/2006 | 054562 | Disb | Library | 2 DOC: 523 Fund Library | $1.10 |
| 12/04/2006 | 054569 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.63 |
| 12/04/2006 | 054569 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 12/11/2006 | 054652 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 12/19/2006 | 054684 | Disb | Library | 2 DOC: 523 Fund Library | $2.20 |
| 12/20/2006 | 054622 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $4.15 |
| 12/26/2006 | 054675 | Disb | Library | 2 DOC: 523 Fund Library | $1.75 |
| 01/03/2007 | 054703 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.87 |
| 01/03/2007 | 054703 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 01/04/2007 | 054737 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.02 |
| 01/08/2007 | 054775 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.63 |
| 01/10/2007 | 054808 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 01/25/2007 | 054929 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 01/30/2007 | 054950 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.80 |
| 02/01/2007 | 054902 | Disb | Library | 2 DOC: 523 Fund Library | $2.20 |
| 02/01/2007 | 054902 | Disb | Library | 2 DOC: 523 Fund Library | $2.70 |

**Lawrence Correctional Center**

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 01/17/2008 thru End; Inmate: K78239; Active Status Only ? : No; Print Restrictions ? : Yes;
Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print
Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**                     **Housing Unit: LAW-S -BU-13**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 02/05/2007 | 054929 | Disb | Library | 2 DOC: 523 Fund Library | $1.35 |
| 02/21/2007 | 055105 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $5.00 |
| 02/21/2007 | 055109 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.85 |
| 03/05/2007 | 055259 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.78 |
| 03/05/2007 | 055262 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 03/06/2007 | 055265 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 03/07/2007 | 055292 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 03/12/2007 | 055332 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.78 |
| 03/12/2007 | 055333 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 03/13/2007 | 055367 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.80 |
| 03/14/2007 | 055371 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.55 |
| 03/19/2007 | 055459 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.78 |
| 03/26/2007 | 055471 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 03/27/2007 | 055474 | Disb | Library | 2 DOC: 523 Fund Library | $3.05 |
| 03/27/2007 | 055477 | Disb | Library | 2 DOC: 523 Fund Library | $1.80 |
| 04/11/2007 | 055689 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/12/2007 | 055440 | Disb | Library | 2 DOC: 523 Fund Library | $0.90 |
| 04/13/2007 | 055448 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.75 |
| 04/13/2007 | 055483 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.55 |
| 04/13/2007 | 055586 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $1.05 |
| 04/13/2007 | 055604 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.50 |
| 04/13/2007 | 055723 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/13/2007 | 055723 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/16/2007 | 055728 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 04/17/2007 | 055744 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/17/2007 | 055744 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/17/2007 | 055744 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/26/2007 | 055875 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.87 |
| 04/26/2007 | 055875 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.11 |
| 04/27/2007 | 055906 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055916 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $4.20 |
| 05/01/2007 | 055918 | Disb | Library | 2 DOC: 523 Fund Library | $2.70 |
| 05/01/2007 | 055918 | Disb | Library | 2 DOC: 523 Fund Library | $3.65 |
| 05/02/2007 | 055960 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.31 |
| 05/02/2007 | 055960 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.35 |
| 05/14/2007 | 056072 | Disb | Library | 2 DOC: 523 Fund Library | $5.75 |
| 05/15/2007 | 056049 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |

Lawrence Correctional Center

Trust Fund

d_list_inmate_trans_statement_composite

Inmate Transaction Statement

REPORT CRITERIA - Date: 01/17/2008 thru End;    Inmate: K78239;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**                 **Housing Unit: LAW-S -BU-13**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/16/2007 | 056081 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 05/21/2007 | 056046 | Disb | Library | 2 DOC: 523 Fund Library | $4.85 |
| 05/22/2007 | 056050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 05/22/2007 | 056050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 05/22/2007 | 056050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 05/22/2007 | 056050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 05/25/2007 | 056027 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 05/25/2007 | 056028 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 05/25/2007 | 056028 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 05/25/2007 | 056035 | Disb | Library | 2 DOC: 523 Fund Library | $2.65 |
| 06/04/2007 | 056116 | Disb | Library | 2 DOC: 523 Fund Library | $1.85 |
| 06/04/2007 | 056116 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 06/06/2007 | 056094 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.80 |
| 06/14/2007 | 056257 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/14/2007 | 056257 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/20/2007 | 056304 | Disb | Library | 2 DOC: 523 Fund Library | $1.10 |
| 06/20/2007 | 056307 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 06/20/2007 | 056307 | Disb | Library | 2 DOC: 523 Fund Library | $1.70 |
| 06/20/2007 | 056308 | Disb | Library | 2 DOC: 523 Fund Library | $1.85 |
| 06/21/2007 | 056322 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/21/2007 | 056322 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/25/2007 | 056372 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 06/26/2007 | 056400 | Disb | Library | 2 DOC: 523 Fund Library | $0.90 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 07/02/2007 | 056442 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 07/02/2007 | 056446 | Disb | Library | 2 DOC: 523 Fund Library | $2.65 |
| 07/03/2007 | 056450 | Disb | Library | 2 DOC: 523 Fund Library | $6.10 |
| 07/06/2007 | 056482 | Disb | Debts due to State (non-postage) | 99999 DOC: 523 Fund Inmate Reimbursemen | $5.00 |
| 07/16/2007 | 056564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 07/16/2007 | 056564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 07/16/2007 | 056564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.99 |
| 07/16/2007 | 056564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/16/2007 | 056566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 07/16/2007 | 056566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 07/16/2007 | 056566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 07/16/2007 | 056566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.16 |
| 07/17/2007 | 056500 | Disb | Library | 2 DOC: 523 Fund Library | $6.15 |

Date: 7/17/2008        **Lawrence Correctional Center**        Page 4

Time:    9:13am                    **Trust Fund**

d_list_inmate_trans_statement_composite      **Inmate Transaction Statement**

REPORT CRITERIA - Date: 01/17/2008 thru End;    Inmate: K78239;    Active Status Only ? : No;    Print Restrictions ? : Yes;
           Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
                                    Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**           **Housing Unit: LAW-S -BU-13**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/17/2007 | 056599 | Disb | Library | 2 DOC: 523 Fund Library | $4.15 |
| 07/23/2007 | 056586 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 07/24/2007 | 056594 | Disb | Library | 2 DOC: 523 Fund Library | $15.45 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.65 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/27/2007 | 056664 | Disb | Library | 2 DOC: 523 Fund Library | $0.90 |
| 08/07/2007 | 056762 | Disb | Library | 2 DOC: 523 Fund Library | $0.55 |
| 08/15/2007 | 056849 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/15/2007 | 056849 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/16/2007 | 056874 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/20/2007 | 056903 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 08/30/2007 | 057013 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/21/2007 | 057339 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 09/21/2007 | 057339 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 09/27/2007 | 057372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 09/27/2007 | 057372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/27/2007 | 057372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.84 |
| 09/27/2007 | 057372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.16 |
| 09/28/2007 | 057376 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.65 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.99 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 10/02/2007 | 057416 | Disb | Library - Copy | 2 DOC: 523 Fund Library | $1.80 |
| 10/02/2007 | 057418 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.90 |
| 10/02/2007 | 057419 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $4.80 |
| 10/05/2007 | 057466 | Disb | Library | 2 DOC: 523 Fund Library | $0.95 |
| 10/09/2007 | 057480 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 10/09/2007 | 057480 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 10/09/2007 | 057483 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 10/10/2007 | 057487 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 10/12/2007 | 057532 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.40 |

**Lawrence Correctional Center**

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 01/17/2008 thru End;    Inmate: K78239;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**                         **Housing Unit: LAW-S -BU-13**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/16/2007 | 057566 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.75 |
| 10/22/2007 | 057658 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $1.15 |
| 10/23/2007 | 057666 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.05 |
| 10/26/2007 | 057730 | Disb | Library | 2 DOC: 523 Fund Library | $1.75 |
| 11/06/2007 | 057774 | Disb | Library | 2 DOC: 523 Fund Library | $2.05 |
| 11/26/2007 | 057918 | Disb | Library | 2 DOC: 523 Fund Library | $1.55 |
| 12/03/2007 | 058014 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.94 |
| 12/03/2007 | 058023 | Disb | Library | 2 DOC: 523 Fund Library | $0.70 |
| 12/04/2007 | 058027 | Disb | Library | 2 DOC: 523 Fund Library | $5.35 |
| 12/12/2007 | 058138 | Disb | Library | 2 DOC: 523 Fund Library | $4.40 |
| 12/12/2007 | 058140 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.65 |
| 12/19/2007 | 058222 | Disb | Library | 2 DOC: 523 Fund Library | $2.70 |
| 12/20/2007 | 058272 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.82 |
| 12/20/2007 | 058272 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 12/20/2007 | 058272 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 12/21/2007 | 058309 | Disb | Library | 2 DOC: 523 Fund Library | $3.30 |
| 12/26/2007 | 058317 | Disb | Library | 2 DOC: 523 Fund Library | $2.10 |
| 01/23/2008 | 058627 | Disb | Library | 2 DOC: 523 Fund Library | $7.85 |
| 01/25/2008 | 504705 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $1.60 |
| 01/25/2008 | 504706 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.25 |
| 01/29/2008 | 504726 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $6.70 |
| 02/01/2008 | 058698 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.80 |
| 02/01/2008 | 504765 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.28 |
| 02/13/2008 | 504791 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 03/06/2008 | 058956 | Disb | Library | 2 DOC: 523 Fund Library | $1.70 |
| 03/07/2008 | 058958 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 03/10/2008 | 504974 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 03/11/2008 | 059004 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 03/13/2008 | 059044 | Disb | Library | 2 DOC: 523 Fund Library | $1.25 |
| 03/28/2008 | 505180 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.95 |
| 04/07/2008 | 505268 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $8.60 |
| 04/14/2008 | 505330 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.65 |
| 04/30/2008 | 505477 | Disb | Library | 2 DOC: 523 Fund Library | $2.30 |
| 04/30/2008 | 505477 | Disb | Library | 2 DOC: 523 Fund Library | $0.65 |
| 06/04/2008 | 505781 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $1.25 |
| 06/19/2008 | 505916 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $3.55 |
| 06/25/2008 | 505948 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $10.72 |
| 06/27/2008 | 505960 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.42 |
| 06/30/2008 | 505968 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $12.45 |
| 07/07/2008 | 506020 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.95 |

Lawrence Correctional Center
Trust Fund

d_list_inmate_trans_statement_composite        Inmate Transaction Statement

REPORT CRITERIA - Date: 01/17/2008 thru End;    Inmate: K78239;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

### Inmate: K78239 Neville, Richard

### Housing Unit: LAW-S -BU-13

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/15/2008 | 506067 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.42 |
| | | | | **Total Restrictions:** | **$339.16** |

**Trust Fund**

Inmate Transaction Statement

**Inmate: K78239 Neville, Richard**          **Housing Unit: LAW-S -BU-13**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | -26.11 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046134 | | P/R month of 01/2008 | 12.90 | -13.21 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165134 | | P/R month of 05/2008 | 9.18 | -4.03 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193134 | | P/R month of 06/2008 | 10.00 | 5.97 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054434, DOC: 523 Fund Inmate R, Inv. Date: 11/09/2006 | -.63 | 5.34 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054434, DOC: 523 Fund Inmate R, Inv. Date: 11/09/2006 | -.78 | 4.56 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054458, DOC: 523 Fund Inmate R, Inv. Date: 11/16/2006 | -1.41 | 3.15 |
| 07/16/08 | Disbursements | 90 Medical Co-Pay | 198334 | Chk #22075 | 054472, DOC: 523 Fund Inmate R, Inv. Date: 11/21/2006 | -2.00 | 1.15 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054519, DOC: 523 Fund Inmate R, Inv. Date: 11/27/2006 | -.39 | .76 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198334 | Chk #22075 | 054519, DOC: 523 Fund Inmate R, Inv. Date: 11/27/2006 | -.63 | .13 |

| | |
|---|---|
| **Total Inmate Funds:** | .13 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 339.16 |
| **Funds Available:** | -339.03 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/21/2006 | 054475 | Disb | Library | 2 DOC: 523 Fund Library | $2.65 |
| 12/01/2006 | 054562 | Disb | Library | 2 DOC: 523 Fund Library | $1.10 |
| 12/04/2006 | 054569 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.63 |
| 12/04/2006 | 054569 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 12/11/2006 | 054652 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 12/19/2006 | 054684 | Disb | Library | 2 DOC: 523 Fund Library | $2.20 |
| 12/20/2006 | 054622 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $4.15 |
| 12/26/2006 | 054675 | Disb | Library | 2 DOC: 523 Fund Library | $1.75 |
| 01/03/2007 | 054703 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.87 |
| 01/03/2007 | 054703 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 01/04/2007 | 054737 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.02 |
| 01/08/2007 | 054775 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.63 |
| 01/10/2007 | 054808 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 01/25/2007 | 054929 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 01/30/2007 | 054950 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.80 |
| 02/01/2007 | 054902 | Disb | Library | 2 DOC: 523 Fund Library | $2.20 |
| 02/01/2007 | 054902 | Disb | Library | 2 DOC: 523 Fund Library | $2.70 |

Date:  7/17/2008
Time:  9:13am

d_list_inmate_trans_statement_composite

**Lawrence Correctional Center**

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA  -  Date: 01/17/2008 thru End;      Inmate: K78239;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**                    **Housing Unit: LAW-S -BU-13**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 02/05/2007 | 054929 | Disb | Library | 2 DOC: 523 Fund Library | $1.35 |
| 02/21/2007 | 055105 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $5.00 |
| 02/21/2007 | 055109 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.85 |
| 03/05/2007 | 055259 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.78 |
| 03/05/2007 | 055262 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 03/06/2007 | 055265 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 03/07/2007 | 055292 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 03/12/2007 | 055332 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.78 |
| 03/12/2007 | 055333 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 03/13/2007 | 055367 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.80 |
| 03/14/2007 | 055371 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.55 |
| 03/19/2007 | 055459 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.78 |
| 03/26/2007 | 055471 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 03/27/2007 | 055474 | Disb | Library | 2 DOC: 523 Fund Library | $3.05 |
| 03/27/2007 | 055477 | Disb | Library | 2 DOC: 523 Fund Library | $1.80 |
| 04/11/2007 | 055689 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/12/2007 | 055440 | Disb | Library | 2 DOC: 523 Fund Library | $0.90 |
| 04/13/2007 | 055448 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.75 |
| 04/13/2007 | 055483 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.55 |
| 04/13/2007 | 055586 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $1.05 |
| 04/13/2007 | 055604 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.50 |
| 04/13/2007 | 055723 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/13/2007 | 055723 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/16/2007 | 055728 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 04/17/2007 | 055744 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/17/2007 | 055744 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/17/2007 | 055744 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/26/2007 | 055875 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.87 |
| 04/26/2007 | 055875 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.11 |
| 04/27/2007 | 055906 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055915 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.39 |
| 04/30/2007 | 055916 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $4.20 |
| 05/01/2007 | 055918 | Disb | Library | 2 DOC: 523 Fund Library | $2.70 |
| 05/01/2007 | 055918 | Disb | Library | 2 DOC: 523 Fund Library | $3.65 |
| 05/02/2007 | 055960 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.31 |
| 05/02/2007 | 055960 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.35 |
| 05/14/2007 | 056072 | Disb | Library | 2 DOC: 523 Fund Library | $5.75 |
| 05/15/2007 | 056049 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |

# Trust Fund

## Inmate Transaction Statement

REPORT CRITERIA - Date: 01/17/2008 thru End;      Inmate: K78239;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**                    **Housing Unit: LAW-S -BU-13**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/16/2007 | 056081 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 05/21/2007 | 056046 | Disb | Library | 2 DOC: 523 Fund Library | $4.85 |
| 05/22/2007 | 056050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 05/22/2007 | 056050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 05/22/2007 | 056050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 05/22/2007 | 056050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 05/25/2007 | 056027 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 05/25/2007 | 056028 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 05/25/2007 | 056028 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 05/25/2007 | 056035 | Disb | Library | 2 DOC: 523 Fund Library | $2.65 |
| 06/04/2007 | 056116 | Disb | Library | 2 DOC: 523 Fund Library | $1.85 |
| 06/04/2007 | 056116 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 06/06/2007 | 056094 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.80 |
| 06/14/2007 | 056257 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/14/2007 | 056257 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/20/2007 | 056304 | Disb | Library | 2 DOC: 523 Fund Library | $1.10 |
| 06/20/2007 | 056307 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 06/20/2007 | 056307 | Disb | Library | 2 DOC: 523 Fund Library | $1.70 |
| 06/20/2007 | 056308 | Disb | Library | 2 DOC: 523 Fund Library | $1.85 |
| 06/21/2007 | 056322 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/21/2007 | 056322 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/25/2007 | 056372 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 06/26/2007 | 056400 | Disb | Library | 2 DOC: 523 Fund Library | $0.90 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 06/29/2007 | 056434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 07/02/2007 | 056442 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 07/02/2007 | 056446 | Disb | Library | 2 DOC: 523 Fund Library | $2.65 |
| 07/03/2007 | 056450 | Disb | Library | 2 DOC: 523 Fund Library | $6.10 |
| 07/06/2007 | 056482 | Disb | Debts due to State (non-postage) | 99999 DOC: 523 Fund Inmate Reimbursemen | $5.00 |
| 07/16/2007 | 056564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 07/16/2007 | 056564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 07/16/2007 | 056564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.99 |
| 07/16/2007 | 056564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/16/2007 | 056566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 07/16/2007 | 056566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 07/16/2007 | 056566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 07/16/2007 | 056566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.16 |
| 07/17/2007 | 056500 | Disb | Library | 2 DOC: 523 Fund Library | $6.15 |

**Date:** 7/17/2008

**Time:** 9:13am

d_list_inmate_trans_statement_composite

**Lawrence Correctional Center**

**Trust Fund**

**Inmate Transaction Statement**

Page 4

REPORT CRITERIA - Date: 01/17/2008 thru End;    Inmate: K78239;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate:** K78239 Neville, Richard            **Housing Unit:** LAW-S -BU-13

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/17/2007 | 056599 | Disb | Library | 2 DOC: 523 Fund Library | $4.15 |
| 07/23/2007 | 056586 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 07/24/2007 | 056594 | Disb | Library | 2 DOC: 523 Fund Library | $15.45 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.65 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/26/2007 | 056663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 07/27/2007 | 056664 | Disb | Library | 2 DOC: 523 Fund Library | $0.90 |
| 08/07/2007 | 056762 | Disb | Library | 2 DOC: 523 Fund Library | $0.55 |
| 08/15/2007 | 056849 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/15/2007 | 056849 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/16/2007 | 056874 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/20/2007 | 056903 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 08/30/2007 | 057013 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/21/2007 | 057339 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 09/21/2007 | 057339 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 09/27/2007 | 057372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.48 |
| 09/27/2007 | 057372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/27/2007 | 057372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.84 |
| 09/27/2007 | 057372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.16 |
| 09/28/2007 | 057376 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.65 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.99 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.14 |
| 10/01/2007 | 057413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 10/02/2007 | 057416 | Disb | Library - Copy | 2 DOC: 523 Fund Library | $1.80 |
| 10/02/2007 | 057418 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.90 |
| 10/02/2007 | 057419 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $4.80 |
| 10/05/2007 | 057466 | Disb | Library | 2 DOC: 523 Fund Library | $0.95 |
| 10/09/2007 | 057480 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 10/09/2007 | 057480 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 10/09/2007 | 057483 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 10/10/2007 | 057487 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 10/12/2007 | 057532 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.40 |

Time:    9:13am

d_list_inmate_trans_statement_composite

**Lawrence Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA  -  Date: 01/17/2008 thru End;    Inmate: K78239;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**          **Housing Unit: LAW-S -BU-13**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/16/2007 | 057566 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.75 |
| 10/22/2007 | 057658 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $1.15 |
| 10/23/2007 | 057666 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.05 |
| 10/26/2007 | 057730 | Disb | Library | 2 DOC: 523 Fund Library | $1.75 |
| 11/06/2007 | 057774 | Disb | Library | 2 DOC: 523 Fund Library | $2.05 |
| 11/26/2007 | 057918 | Disb | Library | 2 DOC: 523 Fund Library | $1.55 |
| 12/03/2007 | 058014 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.94 |
| 12/03/2007 | 058023 | Disb | Library | 2 DOC: 523 Fund Library | $0.70 |
| 12/04/2007 | 058027 | Disb | Library | 2 DOC: 523 Fund Library | $5.35 |
| 12/12/2007 | 058138 | Disb | Library | 2 DOC: 523 Fund Library | $4.40 |
| 12/12/2007 | 058140 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.65 |
| 12/19/2007 | 058222 | Disb | Library | 2 DOC: 523 Fund Library | $2.70 |
| 12/20/2007 | 058272 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.82 |
| 12/20/2007 | 058272 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 12/20/2007 | 058272 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 12/21/2007 | 058309 | Disb | Library | 2 DOC: 523 Fund Library | $3.30 |
| 12/26/2007 | 058317 | Disb | Library | 2 DOC: 523 Fund Library | $2.10 |
| 01/23/2008 | 058627 | Disb | Library | 2 DOC: 523 Fund Library | $7.85 |
| 01/25/2008 | 504705 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $1.60 |
| 01/25/2008 | 504706 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.25 |
| 01/29/2008 | 504726 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $6.70 |
| 02/01/2008 | 058896 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.80 |
| 02/01/2008 | 504765 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.28 |
| 02/13/2008 | 504791 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 03/06/2008 | 058956 | Disb | Library | 2 DOC: 523 Fund Library | $1.70 |
| 03/07/2008 | 058958 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 03/10/2008 | 504974 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 03/11/2008 | 059004 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 03/13/2008 | 059044 | Disb | Library | 2 DOC: 523 Fund Library | $1.25 |
| 03/28/2008 | 505180 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.95 |
| 04/07/2008 | 505268 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $8.60 |
| 04/14/2008 | 505330 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.65 |
| 04/30/2008 | 505477 | Disb | Library | 2 DOC: 523 Fund Library | $2.30 |
| 04/30/2008 | 505477 | Disb | Library | 2 DOC: 523 Fund Library | $0.65 |
| 06/04/2008 | 505781 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $1.25 |
| 06/19/2008 | 505916 | Disb | Library - Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $3.55 |
| 06/25/2008 | 505948 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $10.72 |
| 06/27/2008 | 505960 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.42 |
| 06/30/2008 | 505968 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $12.45 |
| 07/07/2008 | 506020 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.95 |

d_list_inmate_trans_statement_composite

**• Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 01/17/2008 thru End;    Inmate: K78239;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K78239 Neville, Richard**                    **Housing Unit: LAW-S -BU-13**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/15/2008 | 506067 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.42 |
| | | | | **Total Restrictions:** | **$339.16** |

**State Of Illinois**    )
                 )  SS.
**County Of** *LAWRENCE*  )

# Certification Of Institutional Funds

I, certify that the inmate trust fund account of resident, _____ *Richard Neville* _____

Institutional number, _____ *K78239* _____, shows a balance of $ _*- 337.03*_ here at the *LAWRENCE*

**Correctional Center,** where the above resident is now incarcerated.

_____
Authorized Person

_____
Title

Dated: _____ *7-17-08* _____

_____
Office of:

*** Note:  A ledger of the prisoner's trust fund account for the past six
months must be attached to this certificate ***